IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.                                                                     21-CR-124-MAD

BETHANN MARIE WALLACE,

    Defendant.

## STATEMENT OF THE GOVERNMENT
## WITH RESPECT TO SENTENCING FACTORS

**PLEASE TAKE NOTICE** that the government hereby adopts the findings of the Presentence Report dated May 21, 2014 (ECF No. 79) with respect to sentencing factors in this action and asks the Court to impose a sentence of time served to be followed by three years of supervised release and a $100 mandatory special assessment, in accord with the parties' agreement under Fed. R. Crim. P 11(c)(1)(C)

Should the Defendant present any letters of support or sentencing statement to the Court, the United States will move to strike the items from the record if this office is not provided with copies at least three (3) business days prior to sentencing.

The Defendant is required by 18 U.S.C. § 3013 to pay the sum of $100.00 at the time of sentencing. Immediately after sentencing, the Defendant must pay the amount due by personal check, cashier's check or certified funds to the United States District Court Clerk.

It is requested that the Court order that all financial obligations be due immediately. In the event the Defendant lacks the ability to immediately pay the financial obligations in full, it is requested that the Court set a schedule for payment of the obligations.

In the event that Defendant has counsel who will represent him after sentencing in regard to the collection of any unpaid financial obligations, it is requested that a letter so advising be sent to:

> Asset Forfeiture/Financial Litigation Unit
> U.S. Attorney's Office WDNY
> 138 Delaware Avenue
> Buffalo, New York 14202

If a letter is not received within ten (10) days of sentencing, the Defendant will be directly contacted regarding collection of the financial obligations.

DATED:   Rochester, New York, June 19, 2024

        MERRICK B. GARLAND
        Attorney General of the United States

        TRINI E. ROSS
        United States Attorney
        Western District of New York

BY:    S/Sean C. Eldridge
        SEAN C. ELDRIDGE
        Acting Under Authority Conferred by 28 U.S.C. § 515
        Assistant United States Attorney
        Western District of New York
        100 State Street, Suite 500
        Rochester, New York 14614
        585-399-3953
        Sean.Eldridge@usdoj.gov
        NDNY Bar Roll No. 520961